

## UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

V.

SHERWIN CONTRACTOR LLC, ET AL,
Defendant (Respondent)

CASE and/or DOCKET No.: 19-02611

Sheriff's Sale Date: _____

### AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, D'WAYNE HENRIKSSON, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served SHERWIN CONTRACTOR LLC the above process on the 1 day of August, 2019, at 4:37 o'clock, PM, at 4961 Stump Road Pipersville, PA 18947, County of Bucks, Commonwealth of Pennsylvania:

**Manner of Service:**

By handing a copy to:

☑ An officer, partner, trustee, or registered agent of the Defendant organization who is not a plaintiff in the action*

☐ The manager, clerk, or other person for the time being in charge of a regular place of business or activity of the Defendant organization who is not a plaintiff in the action *

☐ An agent authorized by the Defendant organization in writing to receive service of process for it who is not a plaintiff in the action *

* Name: STEPHEN SHERWIN
Relationship/Title/Position: PRESIDENT
Remarks: _____

Description: Approximate Age 51-55  Height 5FT 8IN - 5FT 11IN  Weight 211 LBS - 230 LBS  Race WHITE  Sex MALE  Hair GRAY

Commonwealth/State of _Pa_ ) SS:
County of _Berks_ )

Before me, the undersigned notary public, this day, personally appeared _D'wayne Henriksson_ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-194488
Case ID #:5581515

Subscribed and sworn to before me
this _19_ day of _Aug_, 201_9_.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Twp., Berks County
My commission expires November 18, 2021