m)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　　　Plaintiff | |
| v. | No. 19-02611 |
| Sherwin Contractor LLC,<br>　　　　　　　　　　Defendant | |

**FILED**
**OCT 2 1 2019**
KATE BARKMAN, Clerk
By_____Dep. Clerk

### ORDER

AND NOW, this __18th__ day of __OCTOBER__, 2019, upon consideration of Plaintiff's Motion for Default Judgment, **IT IS HEREBY ORDERED** that judgment is entered in favor of the Plaintiff, United States of America, on behalf of its Agency, the Department of Treasury, and against Defendant, Sherwin Contractor LLC, in the amount of $98,590.88. Judgment is to accrue interest at the current legal rate, compounded annually until paid in full.

BY THE COURT:

_____Jan E. DuBois_____
　　　　　　　　　　　　J.